154

27574. WALKER *v.* THE STATE.

GUERRY, J. No error of law is complained of. The evidence supported the verdict, and the court did not err in overruling the motion for new trial. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 26, 1939.

*C. Winton Adams, Hubert F. Rawls,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.

27411. LONDON *v.* CITIZENS & SOUTHERN NATIONAL BANK.

DECIDED MAY 3, 1939. REHEARING DENIED JUNE 1, 1939.

*William A. Thomas,* for plaintiff.
*Alston, Foster, Moise & Sibley, Henry J. Miller,* for defendant.

SUTTON, J. W. L. London sued C. E. Freeman Inc. and the Citizens & Southern National Bank on an account for $242.36 for gasoline and oil claimed to have been furnished by the plaintiff. It was alleged, that during the period when the account sued on was made the Citizens & Southern National Bank, through its officers, agents, and servants, had taken charge of C. E. Freeman Inc., its place of business, all of its stock of new and used automobiles, and everything of value which C. E. Freeman Inc. had or possessed, and through its officers, agents, and servants operated said business of C. E. Freeman Inc. in a style and manner of complete ownership; that the agents and servants of the bank, under the direction of its officers, did direct and otherwise operate said C. E. Freeman Inc. in every detail, from the sale of each and every automobile down to and including the purchase of each and every gallon of gasoline and quart of oil which were purchased from the plaintiff; that the Citizens & Southern National Bank, through its agents and servants under the direction of its officers, did direct the purchase of each quart of oil and every gallon of gasoline pur-